# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted March 10, 2005
Decided March 28, 2005

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*


No. 05-1606

| | |
|---|---|
| RAMON F. CASTELLANOS,<br>    *Applicant*,<br><br>    *v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent*. | On Motion for an Order Authorizing the District Court to Entertain a Second or Successive Motion for Collateral Review |

## O R D E R

Ramon Castellanos has filed his third application pursuant to 28 U.S.C. § 2244(b)(3) for an order authorizing the district court to consider a second or successive motion under 28 U.S.C. § 2255. *See* No. 04-3394 (7th Cir. Sept. 20, 2004) (dismissing application because proposed claim under *Blakely v. Washington*, 124 S. Ct. 2531 (2004), was premature); No. 00-3241 (7th Cir. Sept. 29, 2000) (denying in part and dismissing in part application proposing a claim under *Apprendi v. New Jersey*, 530 U.S. 466 (2000)). Castellanos now renews his proposed *Blakely* claim and adds a citation to *United States v. Booker*, 125 S. Ct. 738 (2005). *Booker* does not make the *Blakely* rule retroactive, and in fact does not announce whether its new rule applying *Blakely* to the sentencing guidelines is itself applicable to cases on collateral review under § 2255 ¶8(2). The proposed claim is premature. *Simpson v. United States*, 376 F.3d 679 (7th Cir. 2004).

Accordingly, we **DISMISS** without prejudice Castellanos' application for leave to commence a successive collateral attack. He may renew the application if

the Supreme Court makes the *Booker* rule retroactive.